**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dawn E. Bien, et al.,<br>Plaintiffs,<br>v.<br>LifeLock Incorporated, et al.,<br>Defendants. | **NO. CV-14-00416-PHX-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 21, 2015, judgment is entered in favor of defendants and against plaintiffs. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

July 21, 2015

By s/ Linda Patton
Deputy Clerk